```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    MAG. NO.  08-310-GGH
                  Plaintiff,     )
12       v.                      )
                                 )    MOTION TO DISMISS
13  ROY LEE HOUSTON,             )    AND (proposed) ORDER
                  Defendant.     )
14  _____)
15
                                MOTION
16
         HEREBY, the United States moves that this Court enter an
17
    order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without
18
    prejudice the Complaint against HOUSTON.
19
    DATED: July 8, 2009              LAWRENCE G. BROWN
20                                   Acting United States Attorney
                                         /s/Michelle Rodriguez
21                                   By _____
                                       MICHELLE RODRIGUEZ
22                                     Assistant U.S. Attorney
                                ORDER
23
         The United States' motion to dismiss without prejudice the
24
    Complaint in MAG No. 08-310-GGH against defendant ROY LEE HOUSTON
25
    is GRANTED.
26
    DATED:  7-8-09
27                                   _____
                                     HON. EDMUND F. BRENNAN
28                                   U.S. Magistrate Court Judge
```